Fill in this information to identify the case:

United States Bankruptcy Court for the:
_____Southern District of Florida_____

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | GSS18, LLC | |
| 2. All other names debtor used in the last 8 years  Include any assumed names, trade names, and *doing business as* names | | |
| 3. Debtor's federal Employer Identification Number (EIN) | __ __ – __ __ __ __ __ __ __ | |
| 4. Debtor's address | **Principal place of business**  9949 Collins Avenue, PH 8  Number    Street  Surfside, FL 33154  City                State    ZIP Code  Miami-Dade  County | **Mailing address, if different from principal place of business**  2203 Avenue X  Number    Street  P.O. Box  Brooklyn, NY 11235  City                State    ZIP Code  **Location of principal assets, if different from principal place of business**  16001 Collins Ave, Unit 4  Number    Street  Sunny Isles Beach, FL 33160-5511  City                State    ZIP Code |
| 5. Debtor's website (URL) | | |
| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

Debtor  GSS18, LLC
        Name                                                                Case number (if known)

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>  5   3   1   1 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. **Check all that apply:**<br>  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☐ A plan is being filed with this petition.<br>  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____ When ___/___/_____ Case number _____<br>              MM / DD / YYYY<br>       District _____ When ___/___/_____ Case number _____<br>              MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____ Relationship _____<br>       District _____ When ___/___/_____<br>              MM / DD / YYYY<br>       Case number, if known _____ |

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 2

Debtor    GSS18, LLC
          Name                                                                   Case number *(if known)*

| | |
|---|---|
| **11. Why is the case filed in *this* district?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>                Number     Street<br>_____  _____  _____<br>City                           State     ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>          Contact name _____<br>          Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000                         ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000              ☑ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 3

Debtor    GSS18, LLC_____    Case number (if known) _____
          Name

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/09/2023
             MM/ DD/ YYYY

X   _s/Liora Thause_____        _____Liora Thause_____
    Signature of authorized representative of debtor    Printed name

Title  _____Managing Member_____

**18. Signature of attorney**

X   _s/Kevin C Gleason_____     Date  07/09/2023
    Signature of attorney for debtor                     MM/ DD/ YYYY

_Kevin Christopher Gleason_____
Printed name

_Florida Bankruptcy Group, LLC_____
Firm name

_4121 N 31 Ave_____
Number       Street

_Hollywood_____    _FL_____    _33021_____
City                                  State      ZIP Code

_(954) 893-7670_____    _bankruptcylawyer@aol.com_____
Contact phone                         Email address

_369500_____     _FL_____
Bar number                            State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total assets                                                                 $1,500,000.00
   b. Total debts (including debts listed in 2.c., below)                          $4,278,345.84
   c. Debt securities held by more than 500 holders

                                                                                 Approximate number of holders:

   secured ☐   unsecured ☐   subordinated ☐
   secured ☐   unsecured ☐   subordinated ☐
   secured ☐   unsecured ☐   subordinated ☐
   secured ☐   unsecured ☐   subordinated ☐
   secured ☐   unsecured ☐   subordinated ☐

   d. Number of shares of preferred stock
   e. Number of shares common stock

   Comments, if any:

3. Brief description of debtor's business

   Owner and Landlord of single residential unit

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

   Liora Thause

**Victoria Joy Fisher & Eliezer Yehudah Neufelo .**
16001 Collins Avenue 404
Sunny Isles Beach, FL 33160

**Gina Disabatino**
245 East 93rd Street 6L
New York, NY 10128

**Gina Disabatino**
PO Box 32666
Palm Beach Gardens, FL 33410

**Internal Revenue Service**
Centralized Insolvency Operations
POB 7346
Philadelphia, PA 19101-7346

**Christopher N Johnson**
Gray Robinson, PA
333 SE 2nd Avenue, #3200
Miami, FL 33131

**Miami Dade Tax Collector**
202 NW 2nd Avenue
Miami, FL 33128

**Siegfried Rivera**
201 Alhambra Circle, 11th Floor
Miami, FL 33134

**Samuel J Gittle, Esq**
The Downs Law Group,PA
3250 Mary Street 510
Coconut Grove, FL 33133

**TD Tower / Condominium Association Inc**
Management Office
16001 Collins Avenue
33160

**TD Tower / Condominium Association Inc**
c/o Registered Agent - SKRLD Inc
201 Alhambra Circle, 11th Floor
Coral Gables, FL 33134

**TDR Towers Master Association Inc**
15811 Collins Avenue
Sunny Isles Beach, FL 33160

**TDR Towers Master Association, Inc**
c/o Registered Agent SKRLD Inc
201 Alhambra Circle, 11th Floor
Coral Gables, FL 33134

**Victoria Joy Fisher & Eliezer Yehudah Neufelo**
16001 Collins Avenue 404
Sunny Isles Beach, FL 33160